# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3783 | **DATE** | July 17, 2006 |
| **CASE TITLE** | *Price v. Filip, et al.* | | |

**DOCKET ENTRY TEXT:**

Mr. Price's complaint is dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is directed to terminate this case from the court's docket.

■[ For further details see text below.]

## STATEMENT

This court has the power to screen complaints filed by all litigants prior to service, regardless of their fee status, and must dismiss a complaint if it fails to state a claim. 28 U.S.C. § 1915(e)(2)(B); *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999). Because Mr. Price is proceeding pro se, the court has construed his filings liberally.

Mr. Price's complaint names judges of the Seventh Circuit (Chief Judge Flaum), the district court (Judges Filip, Zagel, and Kocoras), and the bankruptcy court (Judge Wedoff) as well as three bankruptcy trustees as defendants. He appears to be dissatisfied with actions taken by the defendants in their official capacities and thus seems to be attempting to act on behalf of the federal government to further his goal of "suspending, removing, or impeaching" the defendants.

The court appreciates that Mr. Price is unhappy with the decisions rendered in his other cases. Nevertheless, all of the defendants are immune from suit and even if they weren't, a private litigant cannot file suit in order to impeach a judge or remove a bankruptcy trustee. If Mr. Price believes that a judge presiding over one of his cases is not impartial, he must file a motion seeking to disqualify that judge, and if he receives an adverse decision as to recusal, he must seek appellate review. Similarly, if he believes that a decision is incorrect, he must file an appeal. He cannot collaterally attack an adverse decision by seeking to remove the decision-maker. Accordingly, Mr. Price's complaint is dismissed with prejudice for failure to state a claim. The clerk is directed to terminate this case from the court's docket.

| | Courtroom Deputy Initials: | RTS/c |
|---|---|---|